NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
kimberly.frayn@usdoj.gov
*Representing the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CURTIS MCGOWN,<br><br>  Defendant. | Case No. 2:19-CR-00028-APG-GWF<br><br>**Stipulation To Continue Supervised Release Revocation Hearing**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for CURTIS MCGOWN, ("McGown"), that the supervised release revocation hearing in the abovementioned case, which is currently scheduled for February 12, 2020 at 10:30 a.m., be continued and reset to a date and time convenient to this Court, but for a period of not less than thirty (30) days for the following reasons:

  1.  On or about January 28, 2020, McGown appeared on the petition seeking to revoke his supervised release and was released on his own recognizance pending a the

1 | supervised release revocation hearing, which is currently scheduled for February 12, 2020
2 | at 10:30 a.m..

2. The parties have agreed to continue the supervised release revocation hearing for at least thirty days so that the defendant can go to a state court hearing on or about February 20, 2020 in connection with the alleged new law violation. Also, government counsel will be out of the district from February 12th through 17th and she requests the continuance for continuity of counsel.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the first stipulation to continue the hearing.

DATED this 7th day of February, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CURTIS MCGOWN,<br><br>　　　　Defendant. | Case No. 2:19-CR-00028-APG-GWF<br><br>**Findings Of Fact, Conclusions Of Law And Order** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On or about January 28, 2020, McGown appeared on the petition seeking to revoke his supervised release and was released on his own recognizance pending a the supervised release revocation hearing, which is currently scheduled for February 12, 2020 at 10:30 a.m..

2. The parties have agreed to continue the supervised release revocation hearing for at least thirty days so that the defendant can go to a state court hearing on or about February 20, 2020 in connection with the alleged new law violation. Also, government counsel will be out of the district from February 12th through 17th and she requests the continuance for continuity of counsel.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the

revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the first stipulation to continue the hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matters, currently scheduled for February 12, 2020, be vacated and continued to a date and time convenient to this Court, that is on March 16, 2020 at 10:30 a.m. in courtroom 6C.

DATED this 10th day of February 2019.

_____
HONORABLE ANDREW G. GORDON
United States District Judge