RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Curtis McGown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00028-APG-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| CURTIS MCGOWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Curtis McGown, that the Revocation Hearing currently scheduled on March 16, 2020 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. A petition was filed on January 23, 2020, seeking to revoke Mr. McGown's supervised release. Mr. McGown was subsequently released on a personal recognizance bond pending a revocation hearing. ECF No. 29. The petition alleges, among other things, that

1  Mr. McGown committed a new law violation.  The alleged new law violation is the subject of

2  a pending state case.  A hearing in state court was held on February 20, 2020, and another

3  hearing is scheduled for May 12, 2020.  The state matter is still pending.  As a result, the parties

4  seek a continuance to allow Mr. McGown to attend the state court proceedings and to further

5  allow the state court matter to proceed before resolving the related matter in this case.

6          2.      The defendant is not in custody and agrees with the need for the continuance.

7          3.      The parties agree to the continuance.

8          This is the second request for a continuance of the revocation hearing.

9          DATED this 5th day of March 2020.

11  RENE L. VALLADARES                        NICHOLAS A. TRUTANICH
    Federal Public Defender                   United States Attorney

13        */s/ Nisha Brooks-Whittington*              */s/ Kimberly M. Frayn*
    By_____         By_____
14  NISHA BROOKS-WHITTINGTON                   KIMBERLY M. FRAYN
    Assistant Federal Public Defender          Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00028-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| CURTIS MCGOWN, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Monday, March 16, 2020 at 10:30 a.m., be vacated and continued to June 23, 2020 at the hour of 9:30 a.m. in courtroom 6C.

DATED this 5th day of March 2020.

UNITED STATES DISTRICT JUDGE

3