RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Curtis McGown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CURTIS MCGOWN,<br><br>    Defendant. | Case No. 2:19-cr-00028-APG-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Curtis McGown, that the Revocation Hearing currently scheduled on June 23, 2020 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 120 days.

This Stipulation is entered into for the following reasons:

1. A petition was filed on January 23, 2020, seeking to revoke Mr. McGown's supervised release. Mr. McGown was subsequently released on a personal recognizance bond pending a revocation hearing. ECF No. 29. The petition alleges, among other things, that

Mr. McGown committed a new law violation. The alleged new law violation is the subject of a pending state case. A preliminary hearing in state court is scheduled for September 21, 2020. The state matter is still pending. As a result, the parties seek a continuance to allow Mr. McGown to attend the state court proceedings and to further allow the state court matter to proceed before resolving the related matter in this case.

    2.    The defendant is not in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 10th day of June 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CURTIS MCGOWN,<br><br>　　　　Defendant. | Case No. 2:19-cr-00028-APG-GWF<br><br>**ORDER** |

　　　IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, June 23, 2020 at 10:00 a.m., be vacated and continued to October 21, 2020 at the hour of 9:30 a.m. in Courtroom 6C.

　　　DATED this 10th day of June 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3