RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Curtis McGown

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00028-APG-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fifth Request) |
| CURTIS MCGOWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Curtis McGown, that the Revocation Hearing currently scheduled on November 24, 2020 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 125 days.

This Stipulation is entered into for the following reasons:

1.      On or about January 28, 2020, Mr. McGown appeared on the petition seeking to revoke his supervised release and was released on his own recognizance pending the supervised release revocation hearing, which is currently scheduled for November 24, 2020 at 9:30 a.m.

2.      The defendant, Mr. McGown has not resolved his state court case in connection with the alleged new law violation.  A trial is scheduled for March 22, 2021, for the pending state court matter.  Also, undersigned defense counsel will be out of the jurisdiction from November 23, 2020, until November 30, 2020, and will be unavailable to appear at the November 24, 2020 hearing.  She requests the continuance for continuity of counsel. A continuance is further requested to allow Mr. McGown to resolve the pending state court matter, which may have an impact on the pending petition before this court.

3.      The defendant is not in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

5.      The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which to adequately prepare for the revocation hearing and to provide continuity of defense counsel. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

This is the fifth request for a continuance of the revocation hearing.

DATED this 17th day of November 2020.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Nisha Brooks-Whittington*
By_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

*/s/ Kimberly M. Frayn*
By_____
KIMBERLY M. FRAYN
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00028-APG-GWF |
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| v. | |
| CURTIS MCGOWN, | |
| Defendant. | |

**FINDING OF FACT**

Base on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      On or about January 28, 2020, Mr. McGown appeared on the petition seeking to revoke his supervised release and was released on his own recognizance pending the supervised release revocation hearing, which is currently scheduled for November 24, 2020 at 9:30 a.m.

2.      The defendant, Mr. McGown has not resolved his state court case in connection with the alleged new law violation.  A trial is scheduled for March 22, 2021, for the pending state court matter.  Also, undersigned defense counsel will be out of the jurisdiction from November 23, 2020, until November 30, 2020, and will be unavailable to appear at the November 24, 2020 hearing.  She requests the continuance for continuity of counsel. A continuance is further requested to allow Mr. McGown to resolve the pending state court matter, which may have an impact on the pending petition before this court.

3.      The defendant is not in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

5.      The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which to adequately prepare for the revocation

1  hearing and to provide continuity of defense counsel. Additionally, denial of this request for

2  continuance could result in a miscarriage of justice, and the ends of justice served by granting

3  this request, outweigh the best interest of the public and the defendant in a speedy hearing.

4  **ORDER**

5  THEREFORE, IT IS ORDERED that the revocation hearing currently scheduled

6  for Tuesday, November 24, 2020 at 9:30 a.m., be vacated and continued to March 30, 2021 at

7  the hour of 9:30 a.m. in courtroom 6C.

8  DATED this 17th day of November 2020.

9

10  _____

11  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4